## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-02140-DDD-NYW

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GRAND Z CASINO OPERATOR LLC,

Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)

---

The parties, by and through their respective attorneys, Ari Marcus on behalf of Plaintiff David Katt; and Sean Camacho on behalf of Grand Z Casino Operator LLC, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action shall be closed.

Respectfully submitted this 11th day of December 2020.


/s/ *Ari Hillel Marcus*
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT


/s/ *Sean David Gonzalez Camacho*
Dentons US LLP-Denver
1400 Wewatta Street
Suite 700
Denver, CO 80202
Telephone: 303-634-4303
sean.camacho@dentons.com
ATTORNEYS FOR DEFENDANT
GRAND Z CASIONO OPERATOR LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Sean Camacho
sean.camacho@dentons.com

/s/ *Ari Hillel Marcus*